[No. 9818-7-I. Division One. June 14, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES WEATHERSTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-02628-0, James J. Dore, J., entered Jan-

uary 15, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, C.J., and Corbett, J.